IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PNCEF, LLC, dba PNC EQUIPMENT FINANCE, formerly known as NATIONAL CITY COMMERCIAL CAPITAL COMPANY, LLC, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Case No. 1:10-cv-01615-RBP ) |
| COOSA PINES GOLF CLUB, LLC, | ) ) |
| Defendant. | ) |

### MEMORANDUM OPINION

This is a breach of contract matter in which the plaintiff, PNCEF, LLC ("PNC" or "the plaintiff"), has moved for default judgment against defendant Coosa Pines Golf Club, LLC ("Coosa Pines" or "the defendant"). (Doc. 7).[1] The matter was referred to a magistrate judge of this court. He entered a report and recommendation on August 6, 2010, finding that the motion was due to be granted. (Doc. 9). No objections were filed to the report and recommendation. In accordance with the magistrate judge's finding, the court hereby grants the motion.

### BACKGROUND

As determined by the magistrate judge,

> On or about June 1, 2009, Coosa Pines entered into two lease agreements with PNC for the lease of thirty-nine (39) golf cars. (Tara Love Declaration ("Love Dec.") at ¶ 3).[2] According to the leases, upon default, PNC may require Coosa Pines to pay the stipulated loss value, which "is an amount equal to the total of all unpaid rents or other payments due PNC from Coosa Pines, plus all future rents or other payments due to PNC from Coosa Pines, plus the estimated

---

[1] References herein to "Doc. ___" are to the document numbers assigned by the Clerk of the Court.

[2] Love's declaration is located at document 7-1.

fair market value of the equipment at the end on the term of the [l]eases." (*Id*. at ¶¶ 4-5).

As of June 22, 2010, the filing of the complaint in this action, the defendant has failed and refused to make at least four payments under the lease agreements. (Doc. 1 at ¶ 10). In the complaint, the plaintiff advances claims for breach of the leases (Count I), "open account" (Count II), and for "replevin" (Count III). (Doc. 1).

The evidence shows that the defendant has failed to answer the complaint after being properly served with a summons and complaint, as required by law. A default was entered against the defendant by the Clerk of the Court on July 21, 2010. (Doc. 6). A copy of the same was mailed by certified mail on the same day. (Docket Entry dated July 21, 2010). The defendant still has not responded.

The evidence before the court further shows that Coosa Pines owes PNC $16,910.56 in unpaid invoice payments, $504.05 in sales taxes, $3,414.88 in later fees, $245 in processing fees for checks returned unpaid, $107,424.40 for future invoice payments, $3,222.20 in sales taxes on future invoice payments, $123,500.00 for the fair market value of the Equipment, and $3,705.00 in sales tax on the fair market value of the Equipment, for a total amount due and owing to PNC from Coosa Pines under the [l]eases of $258,926.11." (Love Dec. at ¶ 6).

The leases further provide that Coosa Pines agrees to pay all of PNC's costs of enforcing its rights, including a reasonable attorney's fee. (*Id*. at ¶ 7). The declaration of John W. Clark, IV, asserts that a reasonable collection fee in a case such as this is approximately 15 percent of the fund to be collected, or $38,838.92. (John Clark Declaration at ¶ 8).[3]

The court finds that the defendant has defaulted under the leases and thereby breached the contracts as alleged in Count I.. Additionally, the plaintiff is entitled to payment in full on the outstanding account as alleged in Count II. Finally, under the terms of the leases, and upon the demonstration of a default, the plaintiff is entitled to "peacefully repossess the [e]quipment" and replevin under Count III. (Doc. 1, Ex. A, ¶ 14.iv).

(Doc. 9).

## CONCLUSION

The court has reviewed all the pleadings and submissions entered into the court file with

---

[3] Clark's declaration is located at document 7-2.

the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved except as to attorney fees. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court except as to attorney fees.[4]

In accord with the recommendation of the magistrate judge, the court hereby finds that the plaintiff's motion for default judgment (doc. 7) is due to be granted and the plaintiff awarded a monetary judgment against the defendant in the amount of $278,926.11 and permitted to enter the property of Coosa Pines as authorized under the lease agreements. An appropriate judgment will be entered.

The Clerk of the Court is **DIRECTED** to serve a copy of this memorandum opinion upon counsel of record.

**DONE**, this the 7th day of September, 2010.

_____
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE

---

[4] This court approves $20,000.00 for attorney fees.